WILLIAM C. ADAMS et al., Respondents, *v.* ELIAS L. M. BRISTOL, Appellant, et al., Respondents.

*Adams* v. *Adams*, 114 App. Div. 390, affirmed.
(Argued January 11, 1907; decided January 29, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1906, which affirmed an interlocutory judgment of Special Term directing a sale of certain real estate in partition.

*David McClure* and *Arthur O. Townsend* for appellant.

*Payson Merrill* for respondents.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.